**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6275**

———————

BRUCE WAYNE KOENIG,

            Plaintiff - Appellant,

        v.

STATE OF MARYLAND; MARYLAND DIVISION OF CORRECTION; J. MICHAEL
STOUFFER; ANNE  MADDOX; JON GALLEY; BOBBY SHEARIN; KEITH K.
ARNOLD; LIEUTENANT HARBAUGH; LIEUTENANT PENNINGTON; CHRISTIAN
WEDLOCK,

            Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.
(1:13-cv-03082-JFM)

———————

Submitted:  June 25, 2015                Decided:  June 30, 2015

———————

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bruce Wayne Koenig, Appellant Pro Se.   Stephanie  Judith  Lane-
Weber,  Assistant  Attorney  General,  Baltimore,  Maryland,  for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Wayne Koenig appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint and related claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Koenig v. Maryland</u>, No. 1:13-cv-03082-JFM (D. Md. Feb. 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>